# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 148

*October Term, A.D. 2022*

November 23, 2022

QUAIN L. TRICE,

**Appellant**
**(Defendant),**

v.                                                                              S-22-0192

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered unconditional no contest pleas to kidnapping and misdemeanor domestic battery. Wyo. Stat. Ann. § 6-2-201(a)(iii) & (c); § 6-2-511(a) & (b)(i). On the felony, the district court imposed a sentence of eight and one-half to fifteen years. Appellant filed this appeal to challenge the district court's June 21, 2022, Sentence.

[¶2]    On September 15, 2022, Appellant's court-appointed appellate counsel e-filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief. This Court ordered that, on or before November 4, 2022, Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal. This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw, and if appropriate, make a final decision on this appeal. This Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Sentence should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Quain L. Trice, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Campbell County District Court's June 21, 2022, Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 23rd day of November, 2022.

                                        BY THE COURT:

                                        /s/

                                        **KATE M. FOX**
                                        **Chief Justice**